■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GIL SHEARER, Appellant. [813 NYS2d 308]—Appeal by the defendant from a judgment of the County Court, Westchester County (Walker, J.), rendered March 10, 2004, convicting him of murder in the second degree, upon his plea of guilty, and imposing a sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the circumstances surrounding his shooting of the victim in this case did not constitute depraved indifference murder (*see* Penal Law § 125.25 [2]; *People v Suarez*, 6 NY3d 202 [2005]; *People v Payne*, 3 NY3d 266 [2004]), was forfeited by his plea of guilty to that crime (*see People v Thomas*, 53 NY2d 338 [1981]).

The defendant's remaining contentions are unpreserved for appellate review (*see People v Catts*, 26 AD3d 341 [2006]; *People v Fiori*, 24 AD3d 687 [2005]; *People v Burgess*, 21 AD3d 904 [2005]; *People v Richardson*, 13 AD3d 561 [2004]). Florio, J.P., Miller, Adams and Skelos, JJ., concur.